UNITED STATES of America,
Plaintiff–Appellee,

v.

Cesar Daniel Alvarado CANAS, aka Caesar Alvarado, aka Cesar Daniel Alvarado, aka Juan Martinez, aka Cesar Daniel Novoa, aka Cesar Daniel Alvarado Novoa, Defendant–Appellant.

No. 11–50012.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Michael Dore, United States Attorney Office, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jerald Lee Brainin, Esquire, Los Angeles, CA, Cesar Daniel Alvarado Canas, Folkston, GA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

MEMORANDUM **

Cesar Daniel Alvarado Canas appeals his conviction by guilty plea and sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326. Pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Canas' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Canas with the opportunity to file a pro se supplemental brief. The appellant has filed a pro se supplemental brief, and no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.